UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JANULIS RIMANTAS,

Petitioner,

v.

CAUSE NO. 3:26-CV-248-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

Immigration detainee Janulis Rimantas, representing himself, was granted until May 1, 2026, to show cause as to why the court should not dismiss this case for not promptly notifying the court of his change of address. ECF 4. He was cautioned that, if he did not respond by that deadline, this case might be dismissed without further notice. That date has passed without any response from Rimantas. In sum, it appears that Rimantas has abandoned this case.

For these reasons, the court **DISMISSES** this case.

SO ORDERED on May 6, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT